UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**T.A.S**
    Plaintiff,

v.                                              Civil Action No: 8:14-cv-03019-SDM-AEP

**Pasco County School District**
    Defendant.
_____/

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

PLAINTIFF, through undersigned counsel, hereby moves this Court pursuant to Fed. R.Civ. P. 65(a) for a Preliminary Injunction requiring Defendants to re-admit Plaintiff's into the Pasco Learning & Activity Centers of Enrichment in accordance to the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

Plaintiff further requests, following further evidentiary hearing, permanent injunctive orders:

1. Declaring the Defendant violated the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794 by failing to provide a reasonable accommodation so that Plaintiff can attend the Pasco Learning & Activity Centers of Enrichment.

2. Ordering that Defedant re-admit Plaintiff's into the Pasco Learning & Activity Centers of Enrichment.

3. Awarding reasonable attorney's fees, cost, and expenses to Plaintiff;

4. Awarding such other and further relief as it deems necessary, just, and proper;

5. Retaining jurisdiction over this action to ensure Defendants' compliance with the mandates of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

In support of this Motion, Plaintiff has filed a Memorandum of Law.

Respectfully submitted this 3rd day of December, 2014.

By   /S/ Harold Bennett, Esq.
Harold V. Bennett III, Esquire
Counsel for Plaintiffs
Florida Bar No. 0620297
Disability Rights Florida
1000 North Ashley Drive, Suite 640
Tampa, Florida 33602
Phone:  (850)488-9071
Fax:     (850)488-8640
E-Mail: haroldb@DisabilityRightsFlorida.org

/S/ Stephanie Moore, Esq.
Stephanie Moore, Esquire
Counsel for Plaintiffs
Florida Bar No. 0104375
Disability Rights Florida
1930 Harrison St. Suite 104
Hollywood, FL 33020
Phone:  (850)488-9071
Fax:     (850)488-8640
E-Mail: stephaniem@disabilityrightsflorida.org

## **CERTIFICATE OF SERVICE**

    I CERTIFY that a true and correct copy of the foregoing was furnished by Dennis Alfonso, McClain, Alfonso & Meeker, P.A., PO Box 4. Dade City, FL 33526-0004, eserve@McClainAlfonso.com by US Postal Mail and by electronic mail this 3rd day of December, 2014.

                                            s/ Harold Bennett, Esq.  
                                            Florida Bar No.  
                                            Disability Rights Florida  
                                            1000 North Ashley Drive, Suite 640  
                                            Tampa, Florida 33602  
                                            Phone: (850)488-9071  
                                            Fax: (850)488-8640  
                                            E-Mail: haroldb@DisabilityRightsFlorida.org