UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

T.A.S.,

    Plaintiff,

v.                               CASE NO. 8:14-cv-3019-T-23AEP

PASCO COUNTY SCHOOL DISTRICT,

    Defendant.
_____/

**ORDER**

    The mediator announces (Doc. 35) that this matter has concluded and will be dismissed. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and to close the case.

    ORDERED in Tampa, Florida, on March 26, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE